UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EURAL DEWAYNE DEBBS SR., | ) | |
| | ) | CASE NO. C12-0573-RSL-MAT |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| STATE OF WASHINGTON | ) | |
| PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

## INTRODUCTION AND SUMMARY CONCLUSION

Petitioner, proceeding *pro se* and *in forma pauperis*, submitted a writ of habeas corpus

and writ of mandamus. (Dkts. 4 & 8.) Petitioner is currently confined in King County

Correctional Facility awaiting final adjudication of charges filed against him in King County

Superior Court. *See Washington v. Debbs*, No. 12-1-00979-8 SEA. He avers extraordinary

circumstances requiring federal intervention into his ongoing state criminal proceedings. His

allegations include, *inter alia*, an absence of probable cause and evidence, malicious

prosecution and misconduct, due process violations, and racial bias. (Dkts. 4 & 8.)

Generally, the federal courts will not intervene in a pending state court criminal

REPORT AND RECOMMENDATION
PAGE -1

01 proceeding absent extraordinary circumstances where the danger of irreparable harm is both

02 great and immediate. *See Younger v. Harris*, 401 U.S. 37, (1971). "[O]nly in the most

03 unusual circumstances is a defendant entitled to have federal interposition by way of injunction

04 or habeas corpus until after the jury comes in, judgment has been appealed from and the case

05 concluded in the state courts." *Drury v. Cox*, 457 F.2d 764, 764-65 (9th Cir. 1972) (per

06 curiam). *See also Carden v. Montana* 626 F.2d 82, 83-84 (9th Cir. 1980).

07 This Court recently addressed a similar action filed by petitioner, raising many of the

08 same claims and relating to the same state criminal proceedings. *See Debbs v. City of Seattle*,

09 No. C12-0289-RSM. The Court adopted a thorough Report and Recommendation outlining

10 the reasons that case satisfied the criteria for *Younger* abstention and dismissed the case without

11 prejudice. *Id.* (Dkts. 8 & 15). In this case, the same reasoning applies and compels the

12 dismissal of this matter. As before, the *Younger* abstention principles apply and petitioner's

13 assertion of extraordinary circumstances justifying this Court's intervention in his ongoing

14 state criminal proceedings is no more than conclusory.

15 For the reasons stated above, petitioner's pending motions (Dkts. 4 & 9) should be

16 STRICKEN and this matter DISMISSED without prejudice. Also, because it appears

17 petitioner submitted documents pertinent to his ongoing state criminal proceedings, the Court

18 directs the Clerk to return to petitioner the documents attached to the Notice of Motion and Writ

19 of Mandamus. (*See* Dkt. 4.) A proposed order accompanies this Report and

20 Recommendation.

21 / / /

22 / / /

REPORT AND RECOMMENDATION
PAGE -2

01    DATED this 20th day of April, 2012.

03                                                   _____
                                                     Mary Alice Theiler
04                                                   United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -3