UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EURAL DEWAYNE DEBBS, Sr., ) | CASE NO. C12-0573-RSL |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER DENYING PETITIONER'S |
| ) | HABEAS PETITION WITHOUT |
| STATE OF WASHINGTON ) | PREJUDICE |
| PROSECUTOR'S OFFICE, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's habeas petition and this action are DISMISSED, without prejudice, and all pending motions are STRICKEN;

(3) Petitioner is DENIED issuance of a certificate of appealability, and

(4) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -1

01 DATED this 25th day of May, 2012.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2