01

02

03

04

05

06

07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  EURAL DEWAYNE DEBBS, Sr.,           )   CASE NO. C12-0573-RSL
                                        )
09        Petitioner,                   )
                                        )
10        v.                            )   ORDER DENYING PETITIONER'S
                                        )   HABEAS PETITION WITHOUT
11  STATE OF WASHINGTON                 )   PREJUDICE
    PROSECUTOR'S OFFICE,                )
12                                      )
          Respondent.                   )
13  _____ )

14        The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report

15  and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the

16  remaining record, does hereby find and Order:

17        (1)    The Court adopts the Report and Recommendation;

18        (2)    Petitioner's habeas petition and this action are DISMISSED, without prejudice,

19               and all pending motions are STRICKEN;

20        (3)    Petitioner is DENIED issuance of a certificate of appealability, and

21        (4)    The Clerk is directed to send copies of this Order to petitioner and to Judge

22               Theiler.

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -1

01   DATED this _25th_ day of ___May___, 2012.

02
                              _MASLasnik_
03                            ROBERT S. LASNIK
                              United States District Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S
HABEAS PETITION WITHOUT PREJUDICE
PAGE -2